No. 03–7779. PATTERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7783. KEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–7784. ABORNO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7785. RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7789. ESQUIVEL-GUTIERREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7791. DE LA TORRE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7795. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7799. MCGHGHY *v.* COMPTON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–7801. ROBINSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7804. SAMUELS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7805. RAYNER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 03–7811. STOTTS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7812. FERRARA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–7813. HERRERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7814. GARY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–7816. GUTIERREZ-GARRIDO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.